UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE L.,[1]<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00002-SB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the May 3, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Report and Recommendation; and (2) Judgment be entered accordingly.

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 | the Judgment on counsel for the parties.
3 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 21, 2022

                                              _____
                                        HONORABLE STANLEY BLUMENFELD, JR.
                                        UNITED STATES DISTRICT JUDGE