JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
    25350 Magic Mountain Pkwy Suite 300
    Valencia, CA  91355
    Tel:   (818) 905 6611
    Fax:   (818) 789 1375
    Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANNETTE LANDRY | ) | CASE NO. 2:21-00002-SB-JC |
| Plaintiff, | ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA |
| v. | ) | 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY | ) | |
| Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $ 5,000.00 in attorney's fees as authorized by 28 U.S.C. § 2412, and $0.00 for costs as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated:    August 17, 2022

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE